**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | PATRICK JAMES, INC. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Patrick James Promotions |
| 3. | Debtor's federal Employer Identification Number (EIN) | 94-1560642 |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7060 N. MARKS AVE. STE. 117**<br>**FRESNO, CA 93711**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fresno**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)     **www.patrickjames.com**

6.  Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **PATRICK JAMES, INC.**                                      Case number (*if known*) _____
         _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **PATRICK JAMES, INC.**                          Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?**   _____
                         Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes.   Insurance agency _____
                Contact name _____
                Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | PATRICK JAMES, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

 **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/9/2020
            MM / DD / YYYY

X _____         Patrick M. Mon Pere
     Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X _____         Date   10/09/2020
     Signature of attorney for debtor                    MM / DD / YYYY

**Hagop T. Bedoyan 131285**
Printed name

**McCormick, Barstow, Sheppard, Wayte & Carruth**
Firm name

**7647 North Fresno Street**
**Fresno, CA 93720**
Number, Street, City, State & ZIP Code

Contact phone   **559-433-1300**      Email address   **hagop.bedoyan@mccormickbarstow.com**

**131285 CA**
Bar number and State

## United States Bankruptcy Court
### Eastern District of California

In re   __PATRICK JAMES, INC.__ _____    Case No. _____

                                                       Debtor(s)            Chapter    __11__ _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Patrick M. Mon Pere**, declare under penalty of perjury that I am the **President** of **PATRICK JAMES, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 9th day of October, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Patrick M. Mon Pere**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Patrick M. Mon Pere**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Patrick M. Mon Pere**, **President** of this Corporation is authorized and directed to employ **Hagop T. Bedoyan 131285**, attorney and the law firm of **McCormick, Barstow, Sheppard, Wayte & Carruth** to represent the corporation in such bankruptcy case."

Date   _10/9/2020_ _____        Signed   _Patrick M. Mon Pere_ _____

                                                                   **Patrick M. Mon Pere, President**

Date   _10/09/2020_ _____        Signed   _Clay Thomas_ _____

                                                                    **Clay Thomas, Vice President & Secretary**

Resolution of Board of Directors
of
**PATRICK JAMES, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Patrick M. Mon Pere**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Patrick M. Mon Pere**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Patrick M. Mon Pere**, **President** of this Corporation is authorized and directed to employ **Hagop T. Bedoyan 131285**, attorney and the law firm of **McCormick, Barstow, Sheppard, Wayte & Carruth** to represent the corporation in such bankruptcy case.

Date ___10/9/2020___        Signed _____
                                               **Patrick M. Mon Pere, President**

Date ___10/09/2020___        Signed _____
                                               **Clay Thomas, Vice President & Secretary**

**Fill in this information to identify the case:**

Debtor name          **PATRICK JAMES, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/9/2020          X   *Patrick M. Mon Pere*
                                       Signature of individual signing on behalf of debtor

                                       **Patrick M. Mon Pere**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **PATRICK JAMES, INC.**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF
                                            CALIFORNIA**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UMB Capital Finance 333 S. Grand Ave. #2200 Los Angeles, CA 90017 | | PPP unsecured loan | | | | $627,400.00 |
| Robert Graham 264 W 40th Street 8th FL New York, NY 10018 | 212-869-8001 Fax 212 869-5965 | Business Debt | | | | $356,061.95 |
| Phoenix Direct LLC 2625 N. Berkeley Lake Rd. NWBldg NW Bldg #200 Atlanta, GA 30307 | billing Christine Montez xt 11 Robby Yarborough 770-667-8833 ext 100 | Business Debt | | | | $328,992.79 |
| Jack Victor 1250, Rue Saint Alexandre Montreal, QUE, PQ H3B 3H6 Canada | Anna -avincelli@jackvict or.com 514-866-4891 | Business Debt | | | | $247,996.67 |
| Peter Millar LLC P.O Box 744420 Atlanta, GA 30374-4420 | Caroline - cbrowning@peter millar.com 866-570-2932 | Business Debt | | | | $227,153.70 |
| Arandell P.O. Box 405 Menomonee Falls, WI 53052-0405 | Joyce - JTSchmitt@Arande ll.com | Business Debt | | | | $165,039.41 |
| Schuyler 4 Clothing Ltd 32 East 57th Street, 13th Floor New York, NY 10022-2513 | | Business Debt | | | | $145,138.12 |

Debtor   **PATRICK JAMES, INC.**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CEP Town & Country Investors LLC PO Box 45341 San Francisco, CA 94145-0341 | Joan jfantazia@crosspointrealty.com 650-325-3266 | Palo Alto Store lease | | | | $126,841.14 |
| Alphi Apparel Group-Viyella 4334 Rue Garand St Laurent H4R 2A3 Canada | | Business Debt | | | | $121,841.14 |
| Tommy Bahama Group 12564 Collections Center Drive Chicago, IL 60693 | Candice.Henderson@tommybahama.com 404-653-1456 Rhonda | Business Debt | | | | $109,792.57 |
| Protea Flower Hill Mall, LLC 3262 Holiday Court, Ste. 100 La Jolla, CA 92037 | Rose - rjabin@proteaproperties.com | Del Mar lease | | | | $98,676.51 |
| Maxman, Inc./Baroni 920 Mateo Street Los Angeles, CA 90021 | Ziela - ziela@maxmaninc.com 877-922-7664 | Business Debt | | | | $93,053.40 |
| RPI Fig Garden, LP PO Box 860457 Minneapolis, MN 55486-0457 | Megan Cluff/ Rouse Properties 541-284-3201 Skip Sandgren | Fig Garden Village store lease | | | | $93,036.04 |
| Calder LLC P.O Box 875 Carmel by the Sea, CA 93921-0875 | | Business Debt | | | | $78,226.65 |
| DS Properties 18 LP P.O. Box 6157 Hicksville, NY 11802-6157 | Diondra - dguevara@dsrg.com 559-243-8916 | Bakersfield Store lease | | | | $77,452.00 |
| Genexus dba True Grit 12901 South Western Ave Gardena, CA 90249 | Sidra Han - AGCreditDepartment@agjeans.com 323-357-1111 | Business Debt | | | | $76,221.21 |
| DSAM-Pavillions Center PO Box 6157 Hicksville, NY 11802-6157 | Mai mkhang@dsrg.com 916-920-5555 | Sacramento Store lease | | | | $71,354.80 |

Debtor    **PATRICK JAMES, INC.**                 Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Missani Le Collezioni** 9415 Gidley Street Temple City, CA 91780 | Jasmine - JDoster@whiteoakcf.com 954 660-7574 Jasmine | **Business Debt** | | | | $71,317.00 |
| **Peerless Clothing International Inc.** 200 Industrial Park Road St Saint Albans, VT 05478-1873 | Amelia - CreditDepartment@peerless-clothing.com 800-336-9363 Amelia xt 1598 | **Business Debt** | | | | $62,922.00 |
| **Ballin Intl.** 2825 Brabant-Marineau Montreal, QC H4S 1R8 | Nancy.Tremblay@ballin.com 514-333-3407 x246 Nancy | **Business Debt** | | | | $62,067.10 |

Accord Fin. Ltd/PYA Importer
P O Box 16000
Greenville, SC 29606


Accord Financial Ltd A Fish Named Fred
P.O Box 16000
Greenville, SC 29606


AG Adriano Goldschmied
2741 Seminole Ave
South Gate, CA 90280


Alan Paine Knitwear Ltd.
HSBC Bank PLC
Lockbox 16525
Chicago, IL 60656-1471


Ally Financial
P O Box 380901
Bloomington, MN 55438


Alpetora Imports Inc.
3611 14th Ave, Suite 531A
Brooklyn, NY 11218


Alphi Apparel Group-Viyella
4334 Rue Garand
St Laurent
H4R 2A3 Canada


Amanda Christensen AB dba Wigens Hats
c/o Svenska Handelsbanken
900 Third Ave., 17th Fl
New York, NY 10022-4792


AmeiFactors - Robert Talbott
P.O Box 628328
Orlando, FL 32862-8328


Amtrust North America
Technology Ins. Co. Inc. [TPA]
800 Superior Ave. East, Fl. 21
Cleveland, OH 44114-2613

Aptos Center LLC
 820 Bay Avenue Ste. 220
Capitola, CA 95010


Aptos Center LLC
c/o Lomak Property Group
820 Bay Avenue Ste. 220
Capitola, CA 95010


Arandell
P.O. Box 405
Menomonee Falls, WI 53052-0405


Arizona Department of Revenue
P O Box 29085
Phoenix, AZ 85038


Arizona Dept. of Revenue, Customer Care
P O Box 29086
Phoenix, AZ 85038


Automated Office Systems
341 W. Fallbrook Avenue
Fresno, CA 93711


Autumn Cashmere Inc.
P.O Box 1188
Troy, MI 48099-1188


Avery Dennison
15178 Collections Center Drive
Chicago, IL 60693


Bailey Hats
PO Box 368
17517-0368
Denver, PA 17517-0368


Ballin Intl.
2825 Brabant-Marineau
Montreal, QC H4S 1R8


Barbour, Inc.
55 Meadowbrook Drive
Milford, NH 03055-4613

Basic Options
396 Forbes Blvd., No. F
South San Francisco, CA 94080

Blacks Consulting, LLC
P O Box 546
Upland, CA 91785

BNR Leather Products, Co. Missani
9415 Gridley Strreet
Temple City, CA 91780

Bugatchi
1377 Clint Moore Road, Ste 200
Boca Raton, FL 33487-2770

Buy MD Inc.
1299 Kendrick Rd. NE
Atlanta, GA 30319-2859

Calder LLC
P.O Box 875
Carmel by the Sea, CA 93921-0875

California Dept. of Tax/Fee Admin.
Account Info. Grp. MIC:29
P O Box 942879
Sacramento, CA 94287-9002

Castle Creek Company
12885 Alcosta Blvd., Ste A
San Ramon, CA 94583-1355

CEP Town & Country Investors LLC
PO Box 45341
San Francisco, CA 94145-0341

CEP Town & Country Investors LLC
303 Sacramento Street, 3rd Floor
San Francisco, CA 94111

Certona Corporation
75 Remittance Dr, Dept 6588
Chicago, IL 60675-6588

Clay M. Thomas
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711

Clay M. Thomas Irrevocable Trust
c/o Patrick James, Inc.
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711

Clay Thomas
c/o Patrick James, Inc.
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711

Cole Haan Wholesale
PO Box 6007
Boston, MA 02212-6007

Compu Tech Direct
2155 Stonington Ave #215
Hoffman Estates, IL 60169-2058

County of Santa Clara Tax Collector
East Wing, 6th Floor
70 West Hedding St
San Jose, CA 95110-1767

Cutter & Buck
PO Box 34855
Seattle, WA 98124-1855

Daspin Aument, LLP
300 S. Wacker Dr., Ste. 2200
Chicago, IL 60606

Dawson Forte, LLP
PO Box 10546
Albany, NY 12201-0546

Dayang Alliance LLC - Blujacket
Blujacket 27 W. 24th Street Suite 505
New York, NY 10010

De Lage Landen Fin. Services
Lease Processing Center
1111 Old Eagle School Rd.
Wayne, PA 19087-8608


Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713


Dolcepunta SRL
Luciano Moresco & Co. LTD.
739 Ladd Road
Riverdale, NY 10471


DS Properties 18 LP
 P.O. Box 6157
Hicksville, NY 11802-6157


DSAM-Pavillions Center
PO Box 6157
Hicksville, NY 11802-6157


Dynamic Web Source Inc. - Avantlink
PO BOX 35146
Seattle, WA 98124-5146


Eastgroup Properties LP
PO Box 676488
Dallas, TX 75267-6488


Employment Development Department
Bankruptcy Special Procedures Group
P. O. Box 826880  MIC 92E
Sacramento, CA 94280-0001


Engs Commercial Cap;ital, LLC-Stant
P.O Box 6745
Carol Stream, IL 60197


Epsilon Data Management
PO Box 7410138
Chicago, IL 60689-5337

Eton Inc.
4000 McGinnis Ferry Road
Alpharetta, GA 30005


Five Stars Loyalty, Inc.
500 3rd Street, Ste. 405
San Francisco, CA 94107


Forsyth of Canada Inc.
515 Compress Street
Cordele, GA 31015


Fresno County Tax Collector
P. O. Box 1192
Fresno, CA 93715-1192


G&I VII Reno Operating, LLC
P.O. Box 775951
Chicago, IL 60677-5951


Genexus dba Mododoc Mens
12901 South Western Ave
Gardena, CA 90249


Genexus dba True Grit
12901 South Western Ave
Gardena, CA 90249


Global Payments Direct Inc.
2578 W. 600 North
Lindon, UT 84042


Hickey Freemen
PO Box 28713
New York, NY 10087-8713


Hilldun Corporation - SeaVees
225 West 35 St. 10FL
New York, NY 10001


IAG-Gitman
P O Box 1409
Brentwood, TN 37024-1409

IAG-Indiv. Shirts
PO Box 1409
Brentwood, TN 37024-1409


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


J Z Richards Ltd.
1880 S. Flatiron Court, Suite H1
Boulder, CO 80301-2850


J&G Trybus Corp-Ibiza
320 W. Centre Park Blvd
DeSoto, TX 75115


J&G Trybus Corp.
320 W. Centre Park Blvd.
DeSoto, TX 75115


Jack Victor
1250, Rue Saint Alexandre
Montreal, QUE, PQ H3B 3H6 Canada


Johnnie - O
P.O. Box 269005
Oklahoma City, OK 73126-9005


Jones Global Sports LLC
P.O Box 650850
Dallas, TX 75265


Kenton Michael
1733 Monrovia Ave. Suite U
Costa Mesa, CA 92627


Knitcraft St. Croix
4020 West Sixth Street
Winona, MN 55987


Left Coast Tee
188 King Street, Suite 303
San Francisco, CA 94107

Lejon Tulliani
1229 Railroad Street
Corona, CA 92882-1838


Lenor Romano, LLC
3101 Vernon Blvd. Ste. PH09
Astoria, NY 11106


Linksoul
530 South Coast Highway
Oceanside, CA 92054


Lubiam
55-46100 Viale Fiume
Mantova  Italy


Luchiano Visconti
P.O. Box 222108
Great Neck, NY 11022


Magnanni
9065 Smiths Mill Road
New Albany, OH 43054


Majestic International
5905 Kieran St.
Saint-Laurent Quebec, H4S 0A3 Canada


Maralunga SRL dba Maurizio Baldassari
Via Solferino , 14
Centreville, VA 20121


Marcoliani, Inc.
Lockbox Processing 1
New York, NY 10004


Martin Dingman
14966 Industrial Park Drive
Lead Hill, AR 72644


Mavi Jeans, Inc. dba 34 Heritage
10-50 Charles Street Unit # 50
Westwood, NJ 07675

Maxman, Inc./Baroni
920 Mateo Street
Los Angeles, CA 90021


MCJ Investments
7090 N. Marks Ave., Suite 102
Fresno, CA 93711


Microsoft Online, Inc.
PO Box 847543
Dallas, TX 75284-7543


Midland Paper Co. dba Cohereone
1140 Paysphere Circle
Chicago, IL 60674


Missani Le Collezioni
9415 Gidley Street
Temple City, CA 91780


Montgomery Village LP
PO Box 9128
Santa Rosa, CA 95405-1128


Navistone, Inc.
Dept CH10731
Palatine, IL 60055-0731


Nevada Dept. of Taxation, Bankruptcy Sec
4600 Kietzke Ln. Suite L-235
Reno, NV 89502


Niche Sourcing Inc. dba Robert Stock Her
260 W 39th St. Rm 703
New York, NY 10018-5176


Olukai, LLC
Dept. L.A. 24237
Pasadena, CA 91185


Oracle America Inc.
P.O. Box 203448
Dallas, TX 75320-3448

Orsyn
1344 Granada Avenue
San Diego, CA 92102


Pac West Driect
496 S. Uruapan Way
Dinuba, CA 93618


Pacific Silk
33052 Calle Aviador Unit C
San Juan Capistrano, CA 92675


Pantherella USA, Inc.
40 Pleasant St., Ste 207
Portsmouth, NH 03801


Path2Response
1805 Highway 42, 2nd Floor
Louisville, CO 80027


Patrick J. and Dorothy J. Mon Pere
Irrevocable Trust of 1995
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711


Patrick M. Mon Pere
Irrevocable Trust
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711


Patrick M. Mon Pere
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711


Paymentech, LLC
8181 Communications Parkwy,
Bldg. C, 3rd Floor
Plano, TX 75024


Peerless Clothing International Inc.
200 Industrial Park Road St
Saint Albans, VT 05478-1873

Peter Millar LLC
P.O Box 744420
Atlanta, GA 30374-4420


Phoenix Direct LLC
2625 N. Berkeley Lake Rd. NWBldg
NW Bldg #200
Atlanta, GA 30307


Phoenix Direct, LLC
1024 Windward Ridge Parkway
Alpharetta, GA 30005


Phoenix Direct, LLC
2625 N. Berkeley Lake Rd. NW, Ste. 100
Duluth, GA 30096


Processing Center
Georgia Department of Revenue
P.O. Box 740317
Atlanta, GA 30374-0317


Prodogy Barnds
1161 Holland Drive, Ste 1
Boca Raton, FL 33487


Protea Flower Hill Mall, LLC
3262 Holiday Court, Ste. 100
La Jolla, CA 92037


Protea Flower Hill Mall, LLC
La Jolla Corp. Center
3262 Holiday Court, Ste. 100
La Jolla, CA 92037


PYA Importer LTD/Importer Toscano
15 Apex Road
Toronto - Ontario   Canada M6A 2V6


QuadGraphics, Inc.
PO Box 644840
Pittsburgh, PA 15264-4840

Quantum Concept, Inc. dba Age of Wisdom
5701 S. Eastern Ave. Ste. 220
Commerce, CA 90040


Raffi Trading Inc.
21 Harbor Park Drive N.
Port Washington, NY 11050


Ranch & Coast
PO Box 676130
Rancho Santa Fe, CA 92067


Red Hilton Village, LLC
P O Box 93024
Las Vegas, NV 89193-3024


Red Hilton Village, LLC
c/o Red Development
P O Box 93024
Las Vegas, NV 89193-3024


Remy Leather
1020 So. Los Angeles Street
Los Angeles, CA 90015


Republic Business Credit - Pacific Silk
P.O Box 60288
Los Angeles, CA 90060-0288


Reyn Spooner, Inc.
Mail Code 61116 PO Box 1300
Honolulu, HI 96807-1300


River Park Properites
Attn: Lease Admin.
265 E. River Park Circle, Ste. 150
Fresno, CA 93720


Robert Graham
264 W 40th Street 8th FL
New York, NY 10018


Rosenthal & Rosenthal-Bugatchi
P.O Box 88926
Chicago, IL 60695-1926

Rosenthal Southeast-Prodigy
P.O. Box 733909
Dallas, TX 75373-3909


Rosenthal-J&G Trybus Corp.
PO Box 88926
Chicago, IL 60695-1926


Rosenthal-Raffi/Imperia
PO Box 88926
Chicago, IL 60695-1926


RPI Fig Garden, LP
PO Box 860457
Minneapolis, MN 55486-0457


RPM PR
1089 E. Sarazen Avenue
Fresno, CA 93730


S. Walter Packaging Corp.
P.O BOx 71225
Philadelphia, PA 19176-6225


Samuel Hubbard Shoe Co., LLC
300 Drakes Landing Rd, Suite 150
Greenbrae, CA 94904


Samuelsohn Limitee-Lipson Shirtmakers
6930 Avenue Du Parc
Montreal, OC H3N 1W9


Santa Cruz County Tax Collector
PO Box 1817
Santa Cruz, CA 95061-1817


Santostefano USA dba Italo Ferretti
P.O Box 505
Itasca, IL 60143-0505


Saxx Underwear Co.
68 West 5th Ave.
BC V5Y 1H6 Canada

Schuyler 4 Clothing Ltd
32 East 57th Street, 13th Floor
New York, NY 10022-2513


Scott Barber
525 West 66TH Street
Loveland, CO 80538


SeaVees
P.O. Box 22235
Santa Barbara, CA 93121


Siga International-A Fish Named Fred
81 St. Regis Cresent
Toronto - Ontario , Canada M3J 1Y6


Sima Barnyard, LLC
1231-B State Street
Santa Barbara, CA 93101


Sima Barnyard, LLC
c/o Sima Management Group
1231-B State Street
Santa Barbara, CA 93101


Stantt
134 W. 29th St, Suite 803
New York, NY 10001


Stenstroms
90 Chatsworth Avenue
Larchmont, NY 10538


Sterling National Bank-Schuyler 4
PO Box 75359
Chicago, IL 60675-5359


Store Credits
c/o Patrick James, Inc.
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711

Store Value Cards
c/o Patrick James, Inc.
7060 N. Marks Ave. Ste. 117
Fresno, CA 93711


Textport Industries PUT LTD
154, A/B 3RD Crosss, 5th Main
Yeshwanthpur Indl Suburb
Kamataka  India
Bangalore, MN 56002-2000


The Cit-AG
 P.O Box 1036
Charlotte, NC 28201-1036


The Cit-Lubiam
P.O Box 1036
Charlotte, NC 28201-1036


The CIT-Mododoc
1036 Charlotte
Charlotte, NC 28201-1036


The CIT-Remy Leather
PO BOX 1036
Charlotte, NC 28201-1036


The CIT-True Grit
P O Box 1036
Charlotte, NC 28201-1036


Throat Threads Apparel USA Inc. -Brax
1801 W. Olympic Blvd.
Pasadena, CA 91199-2108


Tommy Bahama Group
12564 Collections Center Drive
Chicago, IL 60693


Tori Richard
1891 North King St.
Honolulu, HI 96819

Torino Leather Company, LLC
6135 River Road
New Orleans, LA 70123


Trask-Genesco Inc.
4008 Reliable Parkway
Chicago, IL 60686


Travelers Ins. Company
c/o DeBudio & DeFendis
P.O. Box 5479
Fresno, CA 93755-5479


Travis Mathew LLC
P.O Box 9074
Carlsbad, CA 92018-9074


Tregene Inc. -Trient Luxury Apparel
981 Corporate Center Dr. Ste.110
Pomona, CA 91768


U.S. Small Business Administration
Legal Division District Office
6501 Sylvan Rd., Ste. 100
Citrus Heights, CA 95610


UMB Capital Finance
333 S. Grand Ave. Ste. 2200
Los Angeles, CA 90017


UMB Capital Finance
333 S. Grand Ave. #2200
Los Angeles, CA 90017


United States Department of Justice
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington, DC 20044


Untied States Attorney
For Internal Revenue Service
2500 Tulare Street, Suite 4401
Fresno, CA 93721

UPS - 2010DG
P O Box 894820
Los Angeles, CA 90189-4820


UPS-403F87
UPS - Catalog 403F87
P O Box 894820
Los Angeles, CA 90189-4820


V&F Jones Partners, LP
PO Box 12010
San Luis Obispo, CA 93406


V&F Jones Partners, LP
c/o Dart Browning
PO Box 12010
San Luis Obispo, CA 93406


W Kleinberg
1192 Huff Road, Suite D
Atlanta, GA 30318


Wells Fargo Bank NA-Luchiano Visconti
P.O. Box 842665
Boston, MA 02284-2665


White Oak Commercial Fin LLC-BNR/Missani
 P.O Box 100895
Atlanta, GA 30384-4174


White Oak Commercial Fin, LLC-Alpetora
P.O. Box 100895
Atlanta, GA 30384-4147


White Oak Commercial Fin-Zachary Prell
P.O. Box100895
Atlanta, GA 30384-4174


Wiland Inc.
PO Box 74007509
Chicago, IL 60674-7509


Zachary Prell Inc.
26 Mercer Street 3rd Floor
New York, NY 10013

# United States Bankruptcy Court
## Eastern District of California

In re  **PATRICK JAMES, INC.**

Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PATRICK JAMES, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Patrick James Multichannel, Inc.**
**7060 N. Marks Ave. Ste. 117**
**Fresno, CA 93711**

☐ None [*Check if applicable*]

10/9/20

Date

Hagop T. Bedoyan 131285
Signature of Attorney or Litigant
Counsel for   **PATRICK JAMES, INC.**
**McCormick, Barstow, Sheppard, Wayte & Carruth**
**7647 North Fresno Street**
**Fresno, CA 93720**
**559-433-1300 Fax:559-433-2300**
**hagop.bedoyan@mccormickbarstow.com**